NAME: Courtney Curtis
REG.# 16481-509
Federal Correctional Institution Elkton
P. O. Box 10
Lisbon, Ohio 44432

7020 0640 0002 0366 6503



Legal Mail

⇔16481-509⇔
Judge Clark
111 S 10TH ST
US District Court for EDM
Saint Louis, MO 63102
United States

RECEIVED
MAR 08 2022
BY MAIL




**FEDERAL CORRECTIONAL INSTITUTION**
P. O. BOX 129
LISBON, OHIO 44432      3/2/22
                         DATE

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL
MAILING PROCEDURES FOR FORWARDING TO YOU. THE
LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE
WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS
FACILITY HAS JURISDICTION. YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER CLARIFICATION. IF THE WRITER
ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE. PLEASE RETURN THE ENCLOSURE TO THE ABOVE
ADDRESS.